# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

VICTOR TAGLE, SR.,

    Plaintiff,

v.

BANK OF AMERICA, et al.,

    Defendants.

Case No. 2:20-cv-00204-RFB-BNW

**ORDER**

Plaintiff, who is a prisoner in the custody of High Desert State Prison, submitted a complaint on January 30, 2020. (ECF No. 1-1). Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a signed financial certificate. The court will retain plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

IT IS THEREFORE ORDERED that the clerk of court must send plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the accompanying information form and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty days from the date of this order, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee). Plaintiff

1 | is advised that failure to comply with this order will result in a recommendation that his case be
2 | dismissed.
3 |     IT IS FURTHER ORDERED that the clerk of court must retain the complaint (ECF No.
4 | 1-1) but must not file it at this time.
5 |     DATED: January 31, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE