UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE, SR.,<br><br>                              Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, *et al*.,<br><br>                             Defendants. | Case No. 2:20-cv-00204-RFB-BNW<br><br>**ORDER** |

      Before the Court for consideration is the Report and Recommendation of the Honorable Brenda N. Weksler, United States Magistrate Judge, entered March 19, 2020. ECF No. 8.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); D. Nev. Civ. R. IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also D. Nev. Civ. R. IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 2, 2020. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 8) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff Victor Tagle, Sr.'s case is DISMISSED without prejudice.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

DATED: April 16, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**